AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

PETROLEUM TRADERS CORPORATION

      Plaintiff

  v.

Civil Action No. 1:22-cv-400

MIKON LOGISTICS AND TRANSPORTATION LLC

MIKON ENERGY LLC

DANIEL GUERRERO, JR.

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____%, plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other: Judgment is ENTERED in favor of Plaintiff Petroleum Traders Corporation, and against Defendants Mikon Logistics and Transportation LLC, Mikon Energy LLC and Daniel Guerrero Jr., joint and severally, in the amount of one hundred twenty-five thousand dollars and 00/100 cents ($125,000.00) as outlined in the Final Consent Order. Post judgment interest at the rate of 4.94% beginning on the date this judgment is entered until final payment.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

 X   decided by Chief Judge Holly A. Brady on a Motion for Court's Continuing Jurisdiction and Submission of Consent Judgment filed by Plaintiff.

DATE: 3/14/2024                               CHANDA J. BERTA, ACTING CLERK OF COURT

                                              by   s/ A. Highlen
                                              *Signature of Clerk or Deputy Clerk*